UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**VOLVO CAR CORPORATION and VOLVO TRADEMARK HOLDING AB,**

    **Plaintiffs,**

v.

**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**

    **Defendants.**

Civil Action No. 1:19-cv-00974

## [PROPOSED] ORDER FOR ENTRY OF A PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Motion for Entry of a Preliminary Injunction and memorandum in support of the Motion, it is hereby:

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that PayPal shall continue to freeze all accounts associated with Defendants identified in Schedule A to the Complaint and restrain and enjoin from transfer any monies held in such accounts until further ordered by this Court.

SO ORDERED THIS _____ day of _____, 2019.

_____
United States Magistrate Judge