**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **VOLVO CAR CORPORATION and VOLVO TRADEMARK HOLDING AB,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>**Defendants.** | Civil Action No. 1:19-cv-00974 |

## NOTICE OF HEARING

PLEASE BE ADVISED THAT on August 9, 2019, this Court ordered that it would hear further matters in this case on September 6, 2019, including whether the Temporary Restraining Order ("TRO") issued to Plaintiffs Volvo Car Corporation and Volvo Trademark Holding AB ("Plaintiffs") should be converted into a preliminary injunction. To the extent it is convenient for the Court, Plaintiffs respectfully request that the September 6, 2019 hearing on Plaintiffs' Motion for Preliminary Injunction [ECF 30], requesting the conversion of Plaintiffs' TRO into a preliminary injunction be rescheduled for September 13, 2019 at 10:00 A.M., or as soon thereafter as counsel may be heard.

| | |
|---|---|
| Date:  September 5, 2019 |   /s/ Monica Riva Talley<br>Monica Riva Talley (VSB No. 41840)<br>Nicholas J. Nowak (*pro hac vice*)<br>Daniel S. Block (*pro hac vice*)<br>STERNE KESSLER GOLDSTEIN & FOX, PLLC<br>1100 New York Ave., N.W., Suite 600<br>Washington, DC 20005-3934<br>Telephone No.: (202) 371-2600<br>Facsimile No.: (202) 371-2540<br>mtalley@sternekessler.com<br>nnowak@sternekessler.com<br>dblock@sternekessler.com<br><br>*Attorneys for Plaintiffs* |