# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **VOLVO CAR CORPORATION and VOLVO TRADEMARK HOLDING AB,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>**Defendants.** | Civil Action No. 1:19-cv-00974-LO-MSN |

## NOTICE OF HEARING

PLEASE BE ADVISED THAT on Friday, November 8, 2019 at 10:00 A.M., or as soon thereafter as counsel may be heard, Plaintiffs Volvo Car Corporation and Volvo Trademark Holding AB (collectively, "Plaintiffs") will move this Court for the Entry of Default Judgment as to Certain Defendants in accordance with the accompanying motion and memorandum.

Date: October 29, 2019         /s/ Monica Riva Talley
                                            Monica Riva Talley (VSB No. 41840)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiffs*